IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Tate,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Unknown Hernandez, et al.,<br><br>　　　　　　Defendants. | No.　CV-19-05089-PHX-SPL (JFM)<br><br>**ORDER** |

　　　　On September 4, 2019, Plaintiff Jonathan Tate, who is confined in the Arizona State Prison Complex-Rast, filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983 (Doc. 1). Plaintiff filed a Motion to Amend (Doc. 36), which was granted (Doc. 40), and on July 16, 2020, Plaintiff filed a First Amended Complaint (Doc. 41).

　　　　On July 22, 2020, the Honorable James F. Metcalf, United States Magistrate Judge, issued a Report and Recommendation ("R&R") (Doc. 42), recommending that Defendant Hernandez be required to respond to the threat of safety claim in Count 1, and dismissing all other claims in Count 1, as well as Counts 2 and 3.  Judge Metcalf further advised that parties that they had fourteen (14) days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R (Doc. 42 at 8-9) (citing *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

　　　　The parties did not file objections, which relieves the Court of its obligation to review the R&R.  *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is

not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will thus adopt the R&R in full. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions."). Accordingly,

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 42) is **accepted** and **adopted** by the Court.

**IT IS FURTHER ORDERED** that Defendant Hernandez shall be required to respond to the threat of safety claim in Count 1 of the First Amended Complaint (Doc. 41).

**IT IS FURTHER ORDERED** that all other claims in Count 1, as well as Counts 2 and 3, are dismissed without prejudice.

**IT IS FURTHER ORDERED** that Defendants Diaz, Gonzalez, and Shinn are dismissed without prejudice.

Dated this 21st day of August, 2020.

Honorable Steven P. Logan
United States District Judge

2